**Robert M. Tzall**
NV State Bar No. 13412
The Law Offices of Robert M. Tzall
7735 Commercial Way
Suite 100
Henderson, NV 89011
Tel: 702-666-0233
robert@tzalllegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANITRA BARBRE, | Docket No. 2;17-cv-00794-JCM-PAL |
| Plaintiff, | |
| vs. | **Motion for Leave** |
| ALLIED COLLECTION SERVICES, INC., | |
| Defendant. | |

**MOTION FOR LEAVE FOR ADDITIONAL TIME TO FILE
AFFIDAVIT OF SERVICE OF SUMMONS & COMPLAINT**
*Plaintiff's First Motion for Leave*

Now comes the undersigned counsel for Plaintiff Anitra Barbre who moves the Court for an additional thirty (30) days leave to file an Affidavit of Service of the Summons and Complaint on the defendant in the above-captioned civil action, for the following reasons: Counsel for Plaintiff ordered service of the Summons and Complaint on the Registered Agent for Defendant on May 19, 2017, at the address provided by the Nevada Secretary of State. Plaintiff is still waiting for her process server to provide her with an Affidavit of Service to file with this Court. Plaintiff contacted the process server again on July 14, 2017 to follow up on this Affidavit of Service but has not received a reply from the process server. This is Plaintiff's First Motion for Leave for Additional Time to File an Affidavit of Service.

The foregoing considered, Plaintiff respectfully request that this Honorable Court issue an Order granting her leave for an additional thirty (30) days to file an Affidavit of Service of the Summons and Complaint upon Defendant.

Dated:  July 21, 2017                    Respectfully Submitted,

/s/*Robert M. Tzall*
Robert M. Tzall, Esq.
**The Law Offices of Robert M. Tzall**
*Attorneys for Plaintiff*

**Robert M. Tzall**
NV State Bar No. 13412
The Law Offices of Robert M. Tzall
7735 Commercial Way
Suite 100
Henderson, NV 89011
Tel: 702-666-0233
robert@tzalllegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANITRA BARBRE, | ) Docket No. 2;17-cv-00794-JCM-PAL |
| Plaintiff, | ) |
| vs. | ) **Proposed Order** |
| ALLIED COLLECTION SERVICES, INC., | ) |
| Defendant. | ) |

**ORDER GRANTING LEAVE FOR ADDITIONAL TIME TO FILE AFFIDAVIT OF SERVICE OF SUMMONS & COMPLAINT**

THE COURT having reviewed the Plaintiff's First Motion For Leave For Additional Time to File an Affidavit of Service of the Summons and Complaint and being fully advised in the premises, DOES HEREBY ORDER that counsel for Plaintiff is hereby granted leave for an additional thirty (30) days to file an Affidavit of Service of the Summons and Complaint on the defendant in the above-captioned civil action.

IT IS SO ORDERED:

July 27, 2017
DATE                                    HON. PEGGY A. LEEN
                                        UNITED STATES MAGISTRATE JUDGE